IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00349-CR

No. 10-08-00350-CR

 

Neenah Caron Pino,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court
at Law No. 2

Johnson County, Texas

Trial Court Nos. M200800395
& M200800396

 



MEMORANDUM  Opinion



 








Appellant has filed motions
to dismiss these appeals under Rule of Appellate Procedure 42.2(a).  See Tex. R. App. P. 42.2(a); Crawford v.
State, 226 S.W.3d 688, 688 (Tex. App.CWaco
2007, no pet.) (per curiam).  We have not issued a decision in these appeals. 
Appellant personally signed the motions.  The Clerk of this Court has sent
duplicate copies to the trial court clerk.  Id.  Accordingly, the
appeals are dismissed. 

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeals
dismissed

Opinion
delivered and filed December 16, 2009

Do not publish

[CR25]